## US DISTRIC COURT
## FOR STATE OF RHODE ISLAND

**DAVID SILVIA**
      PLAINTIFF

V                                                                   **CASE NBR 21-CV = 0302**

**BRISTOL HOUSING AUTHORITY**
**BOURNE MILLS, DBA PEABODY PROP**
      DEFENDANTS

<u>PLAINTIFF'S MOTION TO DISMISS CIVIL ACTION ON THIS MATTER</u>

Now comes the Plaintiff, acting in ProSe to Dismiss this complaint with the Defendants, as we have agreed to settle the matter, I dismiss this action with prejudice.

Respectively submitted


David Silvia


CERTIFICATION: I ATTEST I PROVIDED THE CLERK OF THIS COURT A COPY VIA THEIR EMAIL AND A COPY TO THE DEFENDANTS VIA THEIR ATTORNY OF RECORD ON THIS 03RD DAY OF JULY, 2022

                                       //S//    DAVID SILVIA